## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN LEEMON HARRIS,      :    Civil No. 3:25-cv-10

          Petitioner     :    (Judge Mariani)

     v.          :

SUPERINTENDENT GOURLEY, *et al.*,    :

          Respondents    :

### ORDER

**AND NOW,** this _20th_ day of February, 2025, upon consideration of Petitioner's

motion (Doc. 3) for appointment of counsel, and in accordance with the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 3) is **DENIED** without

prejudice.

 

Robert D. Mariani
United States District Judge